■ In the Matter of DARIEN PAIGE, Petitioner, v BRIAN FISCHER, Commissioner, New York State Department of Correctional Services, Respondent. [925 NYS2d 364]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Orleans County [James P. Punch, A.J.], entered January 12, 2011) to review a determination of respondent. The determination found after a tier III hearing that petitioner had violated various inmate rules.

It is hereby ordered that the determination is unanimously confirmed without costs and the petition is dismissed. Present—Scudder, P.J., Peradotto, Lindley, Green and Gorski, JJ.

■ In the Matter of EDWARD KOEHL, Petitioner, v JOHN LEMPKE, Superintendent, Five Points Correctional Facility, Respondent. [924 NYS2d 911]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Seneca County [Dennis F. Bender, A.J.], entered January 13, 2011) to review a determination of respondent. The determination found after a tier II hearing that petitioner had violated various inmate rules.

It is hereby ordered that said proceeding is unanimously dismissed without costs as moot (*see Matter of Free v Coombe*, 234 AD2d 996 [1996]). Present—Scudder, P.J., Peradotto, Lindley, Green and Gorski, JJ.